UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal No. 05-cr-00466-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ARTOUR AROUTIOUNOV,
   a/k/a Artour Aroutounov,
2. GOULNARA KOUDRIACHEVA,
   a/k/a Gulnara Kourdriacheva,
   a/k/a Gulnara Kudryasheva,
   a/k/a Gulnara Koudryashova,
**3. ALEXANDRE KOUDRIACHEV,**
   **a/k/a Alexandre Koudrichev,**
4. VERA VIKTOROVNA BOGDANOVA,

      Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(# 63)** on May 8, 2006 by **Defendant ALEXANDRE KOUDRIACHEV** . The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **June 19, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 11th day of May, 2006.

                                           **BY THE COURT:**

                                           Marcia S. Krieger
                                           United States District Judge