IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

IT IS HEREBY ORDERED that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| AHNERT, William Louis | 05/14/00 | 99-CR-196 |
| APTT II, John Franklin | 05/08/05 | 99-CR-418 |
| JOHAN, Yuko Udokpan | 06/28/02 | 00-CR-536 |
| KEANE, Michael Patrick | 08/03/96 | 96-CR-044 |
| KOUDRIACHEV, Alexandre | 09/08/05 | 05-CR-466 |
| HAGLER, Deborah Doolittle | 03/01/06 | 06-CR-001 |
| HOURIEH SR, Nabil Hilmi | 03/10/03 | 00-CR-327 |
| HUME, Darce Ann | 07/30/05 | 04-CR-087 |
| GARCIA, Shawn Anthony | 11/01/06 | 99-CR-315 |
| HARRIGAN, William | 09/10/97 | 97-CR-026 |

Dated at Denver, Colorado, this 2d day of ~~September~~ October, 2007.

BY THE COURT:

_Edward W Nottingham_
Edward W Nottingham, Chief Judge